**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO. 1:19-CR-24** |
| **Plaintiff,** | : | **JUDGE BARRETT** |
| v. | : | |
| | : | **ORDER** |
| **LORIN K. BUCKNER, et al.,** | : | |
| **Defendants.** | : | |

This matter came before the Court on May 17, 2019 for a status conference.

During the status conference, the government indicated that given the length of the investigation, the number of agencies involved, the nature of the charges, and the number of defendants, there is a significant amount of discovery in this case.  Counsel for all parties indicated that discovery is voluminous and production and review of documents and other evidence is expected to be ongoing for at least the next several months.  As a result, this case has been declared complex for the purpose of 18 U.S.C. § 3161(h)(7)(B)(ii).  Counsel for all parties requested that a status conference be set in order to discuss the status of discovery and establish a motion calendar.  Accordingly, a status conference has been set for June 14, 2019.

Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), a court may grant a continuance upon motion by the defendants or their counsel, or by the government.  Furthermore, any delay in the trial proceedings caused by such a motion may be excluded from the seventy-day period during which the trial must begin upon a finding by the Court that the ends of justice outweigh the interests of the defendants and the public in a speedy trial.  The Court finds that a continuance of trial to allow the Defendants to receive and review all of the government's

discovery, to assess the evidence, and to prepare for trial or other resolution of the case, outweighs the public's interest and the Defendants' interest in a speedy trial. Accordingly, the period of delay caused by this continuance (from May 17, 2019 through at least June 14, 2019) will be excluded from the seventy-day period enumerated in 18 U.S.C. § 3161(c)(1).

**IT IS SO ORDERED.**

   May 21, 2019                                             *s/Michael R. Barrett*
DATE                                                      HONORABLE MICHAEL R. BARRETT
                                                          UNITED STATES DISTRICT JUDGE